UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TALELE NARAI KADALUKA, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § Civil Action No. 3:23-CV-1709-X-BN <br> STATE FARM INSURANCE, § <br> § <br> *Defendant*. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 8). Plaintiff Talele Narai Kadaluka, proceeding *pro se* and *in forma pauperis*, sued her employer for discrimination under Title VII of the Civil Rights Act of 1964. (Doc. 3). The Magistrate Judge concluded that Kadaluka's complaint falls short of stating a claim on which relief may be granted. Kadaluka filed no objections, failing to provide the Court with more facts or a basis to amend her complaint. Kadaluka may file a motion for reconsideration with facts that would plausibly allege an employment discrimination claim, such as a protected group status or an adverse employment action. Accordingly, the Court **DISMISSES WITH PREJUDICE** this action under 28 U.S. C. § 1915(e)(2)(B)(ii).

The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings,

1

Conclusions, and Recommendation of the United States Magistrate Judge and **DISMISSES WITH PREJUDICE** this action under 28 U.S. C. § 1915(e)(2)(B)(ii).

**IT IS SO ORDERED** this 17th day of October, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE